A. HIMMELMANN, Appellant, v. O. D. SHERMAN,
Respondent.

No. 3549; October 20, 1873.

**Appeal—Sufficiency of Evidence.—When No Motion for a New
Trial** was made before the court below, the question of whether the
judgment was justified by the evidence will not be considered on
appeal.

**Appeal—Presumptions.—When There are No Findings in Writ-
ing,** every fact within the issues presented by the pleadings which
are necessary to support the judgment will be presumed, on appeal,
to have been found in favor of the prevailing party.

APPEAL from Third Judicial District, San Francisco
County.

I. C. Bates for appellant; C. A. Lon and D. H. Whitte-
more for respondent.

BELCHER, J.—This action, which was for a street assess-
ment in the city of San Francisco, was tried by the court
without a jury, and judgment was rendered in favor of the
defendant. No written findings were requested or filed, nor
was there any motion for a new trial. The appeal is from
the judgment, and is based upon a statement which specifies
certain alleged errors in the admission of testimony and that
the decision and judgment are not supported by the evidence.

It is settled that, when there has been no motion for a new
trial, this court will not consider the question whether the
judgment was justified by the evidence: Reed v. Bernal, 40
Cal. 628.

It is also settled by a large number of decisions that, when
there are no findings in writing, every fact within the issues
presented by the pleadings which is necessary to support the
judgment will be presumed to have been found in favor of
the prevailing party.

Among the issues presented in this case was, first, whether
the board of supervisors ever adopted a resolution declar-
ing their intention to order the work to be done; and, second,
whether any such resolution was ever published by order

of the board, or at all. These issues, being found for the defendant, are decisive of the case, and the judgment must be affirmed.

So ordered.

We concur: Crockett, J.; Niles, J.; Wallace, C. J.; Rhodes, J.